UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                          Case No.: 21-21660-AJC

Edgar Jimenez,                                                  Chapter 13

      Debtor
_____/

## MOTION TO DETERMINE JOINT CREDITORS

**COMES NOW** the Debtor, Edgar Jimenez, by and through undersigned counsel and moves this Honorable Court for an Order determining the existence of joint creditors and as grounds therefore would show:

1. Debtor filed the instant bankruptcy on or about December 13, 2021.
2. The Debtor has exempted certain property listed in Schedule C as tenancy by the entirety property.
2. The Debtor's wife, Ruth E. Fernandez Faundez, has no joint unsecured creditors with her husband, the above named Debtor.
3. Should any of the unsecured creditors in the attached mailing matrix believe it is owed money by the Debtor and his wife, Ruth E. Fernandez Faundez, for an unsecured debt, it should give written notice in the instant case stating so prior to January 25, 2021.

**WHEREFORE**, the above reasons Debtor prays this Honorable Court enter an order finding there are no joint unsecured creditors.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing along with the accompanying Notice of Hearing was mailed this 7th day of January 2022, to **Nancy K. Neidich, Trustee,** (via NEF), **all creditors** on the attached mailing list and **Debtor** in the instant case via regular mail.

> **I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

      */s/Gianny Blanco*
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
Edward Freire, Esq. FBN: 0813771
***Laila S. Gonzalez, Esq. FBN: 0975291***
Gianny Blanco, Esq. FBN: 0078080
10691 N. Kendall Dr., Suite 207
Miami, FL 33176
Tel: 305-826-1774
Fax: 305-826-1794
courtdoc@fgbkc.com