

**ORDERED in the Southern District of Florida on January 28, 2022.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                    Case No.: 21-21660-AJC

Edgar Jimenez,                                                      Chapter 13

      Debtor
_____/

### ORDER GRANTING DEBTOR'S MOTION TO DETERMINE JOINT CREDITORS

**THIS CAUSE**, came before the Court on the chapter 13 consent portion of the calendar onJanuary 25, 2022 on *Debtor's Motion to Determine Joint Creditors* [DE#14] it is;

**ORDERED:**

1. The Debtor's Motion to Determine Joint Creditors is **GRANTED**.

2. The Debtor's exemptions are allowed as claimed.

###

Submitted by:
Laila S. Gonzalez, Esq., FBN: 975291
Freire & Gonzalez, P.A.,
*Attorney for the Debtor*
10691 N. Kendall Dr., Suite 207
Miami, FL 33176
Tel: 305-826-1774
Fax: 305-826-1794
courtdoc@fgbkc.com

Attorney, Laila S. Gonzalez, is directed to serve a copy of this Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F).